ACCEPTED
14-15-00629-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/26/2015 5:55:59 PM
CHRISTOPHER PRINE
CLERK

**NO. 62845 and 62845A**

| | | |
|---|---|---|
| **HAVEN CHAPEL UNITED** | § | **IN THE DISTRICT COURT** |
| **METHODIST CHURCH** | § | |
| | § | |
| **VS.** | § | **OF BRAZORIA COUNTY, TEXAS** |
| | § | |
| **WILLIAM MICHAEL LEEBRON II** | § | |
| **E.J. KING AND BRAZORIA** | § | |
| **COUNTY COMMISSIONER'S COURT** | § | **149th JUDICIAL DISTRICT** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/26/2015 5:55:59 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

**COMES NOW, HAVEN CHAPEL UNITED METHODIST CHURCH** and files this Notice of Appeal in the above entitled and numbered cause.

Appellant appeals the 149th Judicial District Court of, Brazoria County, Texas.

1. The cause appealed from Haven Chapel United Methodist Church vs. William Michael Leebron II, E.J.King, County Judge and Brazoria County Commissioner's Court; Cause No. 62845 and 62845Ain the 149th Judicial Court of Brazoria County, Texas.

2. The date of the judgment appealed from: March 30, 2015 and June 17, 2015.

3. Plaintiff desires to appeal.

4. The appeal was previously docketed in the Fourteenth Court of Appeals, Houston, Texas as Cause No. 14-15-00397-CV. Said appeal was dismissed because same was interlocutory or that the filing fee had not been paid. A Motion to Reinstate has been filed in said cause.

5. The name of the party filing the notice are Haven Chapel United Methodist Church.

6. The appeal is not an accelerated appeal.

7. The appeal is not a restricted appeal.

Respectfully submitted,

/s/ Veronica L. Davis

Veronica L. Davis
S.B.T. # 05557300
226 N. Mattson
West Columbia, Texas 77486
(979) 345-2953
vld57atal@yahoo.com


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been sent to Brazoria County District Attorney's Office at 111 E. Locust, 4th Floor, Angleotn, Texas 77515 on this the 17th day of Julyl, 2015 via efiling and Russ Briggs at 1150 Bissonnett Housto, Texas 77005 by efiling.

/s/ Veronica L. Davis
_____
Veronica L. Davis